**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Sina Ahmadi, Parisa Arjmand, | ) |
| | ) |
| Plaintiff, | ) Case No: 1:26-cv-00037-CEF |
| | ) |
| v. | ) |
| | ) **NOTICE OF** |
| Kristi Noem, et al, | ) **VOLUNTARY DISMISSAL** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiffs brought this lawsuit against Defendants, seeking, in pertinent part, adjudication of their pending I-485 applications by USCIS. Defendants have since adjudicated the applications at issue in this matter and Plaintiffs have just received their lawful permanent resident cards.

Wherefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

Respectfully submitted,

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: August 14, 2026

*/s/ Jennifer E. Nimer*

Jennifer Nimer (0079475)
Nimer Law LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
614-927-0550
jnimer@nimerlaw.com

*Attorney for Plaintiffs*